UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN LEE GRAY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:08CV429 CDP ) |
| UNITE HERE - LOCAL 56A, et al., | ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER OF DISMISSAL

On June 22, 2009, I ordered plaintiff to show cause in writing by July 2, 2009 why his complaint should not be dismissed without prejudice for failing to prosecute his case. In that June 22, 2009 Memorandum and Order to Show Cause, I specifically warned plaintiff that his failure to timely comply with my Order would result in the dismissal of his case without further notice by the Court. Plaintiff has failed and refused to comply with my June 22, 2009 Memorandum and Order to Show Cause, and his time for doing so has now expired. I must therefore dismiss plaintiff's complaint without prejudice for the reasons stated in my June 22, 2009 Memorandum and Order to Show Cause and for plaintiff's failure to comply with the June 22, 2009 Order.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's complaint is dismissed without

prejudice, and plaintiff's motion to amend the case management order [#26] is denied.

A separate Judgment will accompany this Memorandum and Order.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 8th day of July, 2009.